No. 93–1473. TERNES v. BERCHARD, FKA TERNES, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–1532. COX v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–1556. KARATINOS ET AL. v. TOWN OF JUNO BEACH, FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 93–1561. COLLINS ET AL. v. THOMPSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–1565. LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT v. WIEDEMAN ET AL. Sup. Ct. La. Certiorari denied.

No. 93–1566. WEAVER v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–1567. A. J. INDUSTRIES, INC. v. HEDGES ET AL. Sup. Ct. Vt. Certiorari denied.

No. 93–1568. SILSTAR CORPORATION OF AMERICA, INC. v. SHAKESPEARE, INC. C. A. 4th Cir. Certiorari denied.

No. 93–1571. QUTB, INDIVIDUALLY AND AS NEXT FRIEND OF QUTB, ET AL. v. BARTLETT, MAYOR OF THE CITY OF DALLAS, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–1573. CHAMNESS ET UX. v. FEDERAL DEPOSIT INSURANCE CORPORATION ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–1579. VAUGHAN v. FIRST NATIONAL BANK OF SHAMROCK, TEXAS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–1581. CITY OF SEATTLE ET AL. v. BASCOMB ET AL. C. A. 9th Cir. Certiorari denied.